No. 84, Misc.  BROWN  v.  WASHINGTON.  Supreme Court of Washington.  Certiorari denied.

No. 85, Misc.  COATES  v.  MICHIGAN.  Supreme Court of Michigan.  Certiorari denied.

No. 87, Misc.  SHUBERT  v.  RANDOLPH, WARDEN.  Circuit Court of Randolph County, Illinois.  Certiorari denied.

No. 88, Misc.  BUTZ  v.  REDNOUR.  Circuit Court of Williamson County, Illinois.  Certiorari denied.

No. 89, Misc.  WESTBERRY  v.  FLORIDA.  Supreme Court of Florida.  Certiorari denied.

No. 90, Misc.  LESSER  v.  NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 91, Misc.  CURTIS  v.  SKEEN, WARDEN.  Supreme Court of Appeals of West Virginia.  Certiorari denied.

No. 4, Misc.  DARGAN  v.  YELLOW CAB CO. ET AL. C. A. 3d Cir.  Certiorari denied.  MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted.  *Leslie S. Perry* for petitioner. *Charles K. Robinson* for the Yellow Cab Company, respondent.

No. 27, Misc.  STAPLES  v.  RANDOLPH, WARDEN.  Petition for writ of certiorari to the Circuit Court of Randolph County, Illinois, denied for the reason that the application therefor was not made within the time provided by law.